AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Paul Kyle Quigley<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:23-mj-73<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/26/2023 and 02/22/2023__ in the county of __Des Moines__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

_____
Complainant's signature

David Murgiua, Sgt, Des Moines County Sheriff
*Printed name and title*

_____
Judge's signature

Stephen B. Jackson, Jr, U.S. Magistrate Judge
*Printed name and title*

Date: May 11, 2023

City and state: Davenport, Iowa



FILED
By: Clerk's Office, Southern District of Iowa
11:35 am, May 11 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA    )
                            ) SS
SOUTHERN DISTRICT OF IOWA   )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **Sergeant Dave Murguia**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Sergeant with the Des Moines County Sheriff's Office in Burlington, Iowa, where I have been employed since 2012. I have been in law enforcement since 2005, previously as a police officer with the Mount Pleasant, Iowa Police Department. Before being promoted to sergeant in January 2023, I served as a detective for four years. In that role, I conduct investigations involving a variety of state and federal criminal violations, including those involving the sexual exploitation of minors and child pornography. I have attended various trainings, including regarding homicide investigations, crime scene processing, interview and interrogations, and investigation online predators.

2. The facts in this affidavit come from my personal observations, my training and experience, the results of the present investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. Based upon the facts set forth in this affidavit, there is probable cause to believe Paul Kyle Quigley committed offenses under Title 18, United States Code,

Section 2422(b) (coercion and enticement). I have set forth only the facts that I believe are necessary to establish probable cause based upon events summarized below.

## PROBABLE CAUSE

4. In December 2022, I was working in an undercover capacity (UC), posing as a 15-year-old female. I had created a profile on Facebook under a fictitious name. Facebook is a social media website that features a Messenger service that allows users to instant message other users, including through encrypted messaging, along with sharing photos and video messages.

5. In August 2022, I created a Facebook account under a fictitious name using a photo of myself that was filtered to look like a female teenage juvenile. I sent friend requests to both male and female adults in the area to establish a following. This included registered sex offenders. After establishing a following, I began to receive multiple friend requests nearly every day from males and females, particularly adult males. I then contact individuals through Facebook Messenger, or they contact me, to communicate. Once a conversation begins, I let the person with whom I am conversing bring up my age, sexual topics, and meeting in person. When asked, I say I am 12 to 15 years old and then ask how old they are and whether they want to continue communicating. During the conversation, if the person asks to meet in person to engage in sexual acts, we will arrange a date, time, and place to meet, and other law enforcement officers conduct surveillance. When

the person arrives at the pre-arranged location, officers place them under arrest, seize their electronic devices, and attempt to interview them.

6. In December 2022, Paul Kyle Quigley (Quigley), a registered sex offender, registered his employment with the Des Moines County Sheriff's Office as an over-the-road truck driver who is on the road Monday through Friday. I located a Facebook account Quigley had registered under the profile name "Paul Irish". I sent Quigley a friend request, which he accepted.

7. On January 26, 2023, as the UC, I began to communicate with Quigley on Facebook Messenger. Quigley knew the UC was 15 years old:

**Quigley**: How old are you

**UC**: Sorry I'm 15 just bored so I understand if you don't want to talk. No big deal!

8. Despite the UC's age, Quigley continued to talk to her. He asked what she had done sexually and how he could please her. He asked: "oral?" and "2. Anal 3. Vaginally 4. Footjob." The UC did not respond that day, so Quigley blocked her.

9. On January 25, 2023, Quigley sent the UC another friend request and a message stating that he had blocked her because he thought she was mad at him. The following then transpired:

**UC**: Its ok! I couldn't be mad at you!

**UC**: But to your questions I have never done #4 lol but yets to all the others. Take it that is what you like?! Lol

**Quigley**: So what you want to experiment sexual so young

**UC**: I'm all about learning

3

**Quigley**: What about taking dick up your ass

10. On January 27, 2023, Quigley asked the UC to the delete the conversation and start a new message thread. He said it was to "cover your butt." He also said that he wanted the UC "to delete all of are naughty [sic]."

11. Quigley attempted to get the UC to send nude photos of herself on February 5, 2023, February 10, 2023, February 14, 2023, and February 16, 2023, and sent the UC a photo of his erect penis on February 6, 2023. Visible in the photo is a clover tattoo on the right hand, which matches Quigley's. Quigley then asked: "Can I now see my baby ass or kitty please baby."

12. Between February 13-14, 2023, Quigley asked the UC to run away with him and go over-the-road in his semitruck with him:

**Quigley**: Do you wanna spend your life with me and build a family together

**Quigley**: Have kids grow old together

**Quigley**: get married

**UC**: Yes! That would be awesome

**Quigley**: I think so, that's a HUGE life change. And a huge commitment. If so there's a lot we have to do

**Quigley**: Like Dye your hair Change your name might have to get some fake ID. Basically have to be a hermet till you 18 I'll have to take total care of you

**Quigley**: Beed, cloth etc.

**Quigley**: Cant have a regular job

**UC**: Could you get me the stuff or how?!

4

**Quigley:** Unless you create a fake ID and sell stuff on line or unless you learn stock or bitcoin exchange

**Quigley:** Can't have anything electronic that can be traced to you. When I get you new stuff you can't use your real name on upload any photos or anything on social media and Can't contact anyone you know or care about till your 18 because they will trace it

**UC:** I don't mind not being on social media

**Quigley:** Really your okay with all that?

**Quigley:** What if you were like fuck this lame ass family I'm leaving before you try to pawn me off to someone else don't bother trying to find me. I won't come back and if you try going to the cops to help find me or try to get me back. I'll tell the cops I ran because you both were sexually abusing me

13. On February 6, 2023, Quigley asked the UC if she would have a "3 way" with two of his friends who are bisexual:

**Quigley:** Same, curious question have you ever Pegged someone before

**UC:** lol What is that?!

**Quigley:** It's where the girl puts a strap on dildo on and dominates

**Quigley:** Or fucks another girl etc

**Quigley:** I have these 2 friends there a couple and both are bisexual both like dick and both like pussy

**Quigley:** If would be awesome for me you and them to have a 4some

**UC:** Do you think I would like it and what would they say about my age?!

**Quigley:** You would love it, who's going to know

**Quigley:** See I could fuck your ass you could suck his dick and she could eat you out

5

> **UC:** I may be down for that!
>
> **Quigley:** The point is you would have 2 dicks to use where ever and girl who likes pushy so yall can make out you could eat her she can eat you suck titties anything and everything
>
> **Quigley:** While your telling mem I belong to you

14. On February 19, 2023, Quigley asked if she ever fought with her foster parents and told her to leave a threatening letter so they would not call law enforcement. He also advised her to throw her phone in the river and wear baggy clothing and sunglasses. Quigley began to ask UC where she lived. The UC said she lived in Burlington by the YMCA, which is close to Curran Street. Quigley asked the UC if she lived on the left side of Curran Street. Highway 34 has an exit ramp to Curran Street for both eastbound and westbound traffic. Quigley sent the UC a screenshot of an aerial map of the streets near the Curran Street exit, on which he wrote directions for the UC. Quigley told the UC that while he could pull his semitruck to either side of the highway, it was better behind trees.

15. On February 21, 2023, Quigley shared his location with the UC via Google Maps and asked the UC if she wanted to go with him. Quigley attempted to meet the UC that evening, but the UC did not respond in time. While Quigley was waiting for the UC to respond, he told her that he would "be on the ramp around 11:30pm – 11:45pm." He also questioned whether she was mad at him because she was not responding. Once the US responded, the following transpired:

> **UC:** Sorry! Was watching a movie with the little Ones! No I'm not mad at you! I do wish you would have kept me more in the lope of when you would be here!

6

**Quigley**: I tried you wouldn't answer

**Quigley**: I couldn't stop there. There wasn't enough room

**Quigley**: If you would've been ready I could have just swung by and picked you up

**Quigley**: OK you're very indecisive I'm trying to work with you here dear. However you said I'm not keeping you up-to-date and I give you a picture of how much drive time I had left and I showed you on the map of how long is it gonna take to get there and I sent you a tracker so you could follow me exactly where I was at. Plus I told you i was going to be there between 11:30pm11:45pm I don't know what else you wanted me to do sweetie and then when I tried to update you that I couldn't fit in that area on the ramp You wouldn't answer the phone so I could inform you sorry

**Quigley**: I do have a load going to Arkansas tomorrow after my 10hr reset

**Quigley**: So I should be back through around 11:15am tomorrow what do you think

16.  Quigley and the UC agreed to meet the next day, February 22, 2023. He again shared his real time location via Google Maps and told the UC when he was leaving Mount Pleasant, Iowa and was on his way to Burlington:

**Quigley**: It will have to be across the street because I'm leaving town

**UC**: Ok

**UC**: Have you left yet?!

**Quigley**: Yeah

**Quigley**: Check the map

**Quigley**: 15mins

**Quigley**: 9mins

7

**Quigley**: Check map

**Quigley**: 7mins

**Quigley**: Will be there at 12:09

**Quigley**: 5mins

**Quigley**: You heading towards

**Quigley**: 1 minute

UC: I'll start walking!

**Quigley**: Here

17.  Quigley arrived in his semitruck with a load that was destined for Arkansas. After stopping on the Curran Street exit ramp an Iowa Department of Transportation (DOT) officer pulled behind Quigley and activated his emergency lights. Quigley responded to the DOT officer's squad to speak with him. Once in the squad car, Quigley was approached by a Des Moines County Sheriff's Deputy and placed under arrest. During a post-*Miranda* interview, Quigley denied that he was there to pick up a female, claiming that he was going to go to the bathroom. He further denied telling anyone that he was going to stop at the Curran Street exit. He claimed that the only female he had spoken to that day was his dispatcher.

## CONCLUSION

18. Based on the foregoing information, the affiant submits there is probable cause to believe Paul Kyle Quigley committed a violation of Title 18, United States Code, Section 2422(b) in the Southern District of Iowa.

Respectfully Submitted,

_____
David Murguia, Sergeant
Des Moines County Sheriff's Office

Subscribed and sworn to before me by telephone or other reliable electronic means on this 11 day of May, 2023.

_____
Stephen B. Jackson, Jr.
United States Magistrate Judge
Southern District of Iowa

9